IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12-CR-176-1 |
| | ) | |
| JOHN WOMACK, JR., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| NEW YORK LIFE INSURANCE CO., | ) | |
| | ) | |
| Garnishee. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 30, 2014, was served on the parties in this action. Defendant filed objections to the Recommendation. (Doc. 40.)

The Court has reviewed the objections and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Hearing (Doc. 32) is **DENIED**.

This the 11th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE